

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| In Re: Gilbert Malooly, and Chris Malooly, as Personal Representative of the Estate of Geraldine Malooly, Intervenors, Teri Finnegan, Lee Chagra, Jr., Joanna Krancher, Tina Chagra and Leslie C. Karam, | § | No. 08-18-00134-CV |
| | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| Relators. | § | |

**O R D E R**

The Court has considered Relators' petition for writ of mandamus and is of the opinion that the case should be set for submission without oral argument. A submission date has not yet been determined. The parties will be provided with advanced notice of the setting. See Tex.R.App.P. 39.8

IT IS SO ORDERED this 28th day of November, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.